

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CV 06 3605 

| | |
|---|---|
| HERMÈS INTERNATIONAL, a corporation organized under the laws of France, HERMÈS INTERNATIONAL CORPORATION, a corporation organized under the laws of France, HERMÈS INTERNATIONAL CORPORATION FRANCE, a corporation organized under the laws of France, HERMÈS SELLIER, a corporation organized under the laws of France, HERMÈS OF PARIS, INC., a corporation organized under the laws of New York<br><br>Plaintiffs,<br><br>vs.<br><br>WALTER KIERNAN, individually, SERAFINA KIERNAN, individually, WALTER KIERNAN and SERAFINA KIERNAN D/B/A WWW.IMPURSENATOR.COM D/B/A IMPURSENATOR HANDBAGS and various JOHN and JANE DOES 1-10 and XYZ COMPANIES 1-10 (UNIDENTIFIED),<br><br>Defendants. | CASE NO.<br><br>FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116<br><br>[PROPOSED] ORDER SEALING FILE<br><br>FILED<br>IN CLERK'S OFFICE<br>U.S DISTRICT COURT E.D.N.Y<br><br>★ JUL 21 2006 ★<br><br>BROOKLYN OFFICE |

Hermes International et al v. Kiernan et al                                                                                                         Doc. 2

Upon consideration of Plaintiffs' Application for **Order** Sealing File, it is hereby ORDERED that the Clerk of the Court shall maintain the **file** of the above-captioned civil action in its entirety under seal pending further order of the Court at which time the Clerk is directed to remove the seal on this action.

DATE: CENTRAL ISLIP, NY
7/25/06

_____
United States District Judge

Dated: July 20, 2006

Respectfully submitted,

By: _____
Harley I. Lewin (HL 1819)
Scott Gelin (SG 9599)
Amina Matlon (AM 2852)
GREENBERG TRAURIG, LLP
200 Park Avenue, 34th
MetLife Building
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

Katherine Compton
GREENBERG TRAURIG, LLP
13155 Noel Road, Suite 600
Dallas, Texas 75240
Telephone: (972) 419-1286
Facsimile: (972) 628-4601
*Pro hac vice pending*

Attorneys for Plaintiffs Hermès International, Hermès International Corporation, Hermès International Corporation France, Hermès Sellier and Hermès of Paris, Inc.

DAL-FS1\86506v01\66519.010000

[PROPOSED] ORDER SEALING FILE -Page 2
DAL-FS1\86506v01\66519.010000