UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



CV 06 3605 WEXLER, J. WALL, M.J.

HERMÈS INTERNATIONAL, a corporation
organized under the laws of France, HERMÈS
INTERNATIONAL CORPORATION, a
corporation organized under the laws of
France, HERMÈS INTERNATIONAL
CORPORATION FRANCE, a corporation
organized under the laws of France, HERMÈS
SELLIER, a corporation organized under the
laws of France, HERMÈS OF PARIS, INC., a
corporation organized under the laws of New
York

                        Plaintiffs,

vs.

WALTER KIERNAN, individually,
SERAFINA KIERNAN, individually,
WALTER KIERNAN and SERAFINA
KIERNAN D/B/A
WWW.IMPURSENATOR.COM D/B/A
IMPURSENATOR HANDBAGS and various
JOHN and JANE DOES 1-10 and XYZ
COMPANIES 1-10 (UNIDENTIFIED),

                        Defendants.

CASE NO.

FILED UNDER SEAL PURSUANT
TO 15 U.S.C. § 1116

[PROPOSED] ORDER
SEALING FILE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D N.Y

★   JUL 2 1 2006   ★

BROOKLYN OFFICE

Upon consideration of Plaintiffs' Application for Order Sealing File, it is hereby

ORDERED that the Clerk of the Court shall maintain the file of the above-captioned civil action

in its entirety under seal pending further order of the Court at which time the Clerk is directed to

remove the seal on this action.

DATE: _CENTRAL ISLIP, NY_
_7/25/06_

_____
United States District Judge

Dated: July 20, 2006

Respectfully submitted,

By: _____
Harley I. Lewin (HL 1819)
Scott Gelin (SG 9599)
Amina Matlon (AM 2852)
GREENBERG TRAURIG, LLP
200 Park Avenue, 34th
MetLife Building
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

Katherine Compton
GREENBERG TRAURIG, LLP
13155 Noel Road, Suite 600
Dallas, Texas 75240
Telephone: (972 419-1286
Facsimile: (972) 628-4601
*Pro hac vice pending*

Attorneys for Plaintiffs Hermès
International, Hermès
International Corporation,
Hermès International Corporation
France, Hermès Sellier and
Hermès of Paris, Inc.