UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HERMÈS INTERNATIONAL, a corporation
organized under the laws of France, HERMÈS
INTERNATIONAL CORPORATION, a
corporation organized under the laws of
France, HERMÈS INTERNATIONAL
CORPORATION FRANCE, a corporation
organized under the laws of France, HERMÈS
SELLIER, a corporation organized under the
laws of France, HERMÈS OF PARIS, INC., a
corporation organized under the laws of New
York

           Plaintiffs,

vs.

WALTER KIERNAN, individually,
SERAFINA KIERNAN, individually,
WALTER KIERNAN AND SERAFINA
KIERNAN D/B/A
WWW.IMPURSENATOR.COM D/B/A
IMPURSENATOR HANDBAGS, DINESE
KESTLY A/K/A DENISE KENSLEY,
A/K/A DINESE KENSELY, individually and
DINESE KESTLY A/K/A DENISE
KENSLEY A/K/A DINESE KENSELY
D/B/A WWW.ORIENTSOURCING.COM
D/B/A SACKS IN THE CITY and
PURSESPECTIVES, LLC various JOHN and
JANE DOES 2-10 and XYZ COMPANIES 2-
10 (UNIDENTIFIED),

           Defendants.

CASE NO. CV-06-3605(LDW)


**STIPULATION OF DISMISSAL OF
COUNTERCLAIMS WITH
PREJUDICE**

PAGE 1

## STIPULATION OF DISMISSAL OF COUNTERCLAIMS WITH PREJUDICE

Defendants WALTER KIERNAN, individually,  SERAFINA KIERNAN, individually,

WALTER KIERNAN AND SERAFINA KIERNAN D/B/A WWW.IMPURSENATOR.COM

D/B/A IMPURSENATOR HANDBAGS  ("Defendants") hereby enter into this stipulation

dismissing their Counterclaims in this case pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  The

dismissal is with prejudice, and includes dismissal of the claims of Defendants against HERMÈS

INTERNATIONAL, a corporation organized under the laws of France, HERMÈS

INTERNATIONAL CORPORATION, a  corporation organized under the laws of France,

HERMÈS INTERNATIONAL CORPORATION FRANCE, a corporation organized under the

laws of France, HERMÈS SELLIER, a corporation organized under the laws of France,

HERMÈS OF PARIS, INC., a corporation organized under the laws of New York, and all agents,

attorneys and employees of such entities (collectively "Plaintiffs"). A form of order dismissing

the case is attached as Exhibit A.

Dated:    September 24, 2006    Respectfully submitted,

By: _____
Eliot Bloom
Law Offices of Eliot Bloom
114 Old Country Road , Suite 308
Mineola, NY 11501
efbesq@optonline.net

Attorney for Walter Kiernan, Individually,
Serafina Kiernan, Individually,
Walter Kiernan and Serafina Kiernan
d/b/a www.impursenator.com d/b/a Impursenator Handbags

Dated:    September 25, 2006          Respectfully submitted,

By:_____
Harley I. Lewin (HL 1819)
Scott Gelin (SG 9599)
Amina Matlon (AM 2852)
GREENBERG TRAURIG, LLP
200 Park Avenue, 34th Floor
MetLife Building
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

Katherine Compton
GREENBERG TRAURIG, LLP
2200 Ross Avenue
Suite 5200
Dallas, Texas 75201
Telephone:  (214) 665-3660
Facsimile:  (214) 665-5960
*Admitted Pro Hac Vice*

**Attorneys for Plaintiffs Hermès International, Hermès International Corporation, Hermès International Corporation France, Hermès Sellier and Hermès of Paris, Inc.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the counsel of record set forth below in accordance with Rule 5, Federal Rules of Civil Procedure and the Court's Local Rules 5.3 and 6.1:

Eliot Bloom
LAW OFFICES OF ELLIOT BLOOM
114  Old Country Road , Suite 308
Mineola, NY 11501
efbesq@optonline.net

*Attorney For Walter Kiernan, Individually,*
*Serafina Kiernan, Individually,*
*Walter Kiernan and Serafina Kiernan*
*d/b/a www.Impursenator.com d/b/a*
*Impursenator Handbags*

Gary N. Lento
BAKER, MANOCK & JENSEN
Fig Garden Financial Center
5260 N. Palm Avenue, Suite 421
Fourth Floor
Fresno, CA 93704-2209
GNL@bmj-law.com

*Attorney For Jane Doe No. 1 identified as*
*Dinese Kestly a/k/a Denise Kensley*
*a/k/a Dinese Kensely, individually, and*
*Dinese Kestly a/k/a Denise Kensley a/k/a*
*Dinese Kensely d/b/a*
*www.orientsourcing.com d/b/a Sacks In the*
*City and XYZ Corporation identified as*
*Purspectives, LLC.*

Scott Gelin

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL, a corporation organized under the laws of France, HERMÈS INTERNATIONAL CORPORATION, a corporation organized under the laws of France, HERMÈS INTERNATIONAL CORPORATION FRANCE, a corporation organized under the laws of France, HERMÈS SELLIER, a corporation organized under the laws of France, HERMÈS OF PARIS, INC., a corporation organized under the laws of New York | CASE NO. CV-06-3605(LDW) <br><br> **STIPULATION OF DISMISSAL OF COUNTERCLAIMS WITH PREJUDICE** |
| Plaintiffs, | |
| vs. | |
| WALTER KIERNAN, individually, SERAFINA KIERNAN, individually, WALTER KIERNAN AND SERAFINA KIERNAN D/B/A WWW.IMPURSENATOR.COM D/B/A IMPURSENATOR HANDBAGS, DINESE KESTLY A/K/A DENISE KENSLEY, A/K/A DINESE KENSELY, individually and DINESE KESTLY A/K/A DENISE KENSLEY A/K/A DINESE KENSELY D/B/A WWW.ORIENTSOURCING.COM D/B/A SACKS IN THE CITY and PURSESPECTIVES, LLC various JOHN and JANE DOES 2-10 and XYZ COMPANIES 2-10 (UNIDENTIFIED), | |
| Defendants. | |

## ORDER DISMISSING COUNTERCLAIMS WITH PREJUDICE

The Court having been advised that that the parties entered into a Stipulation of Dismissal of Counterclaims with Prejudice,

IT IS THEREFORE ORDERED, that all counterclaims by WALTER KIERNAN, individually,  SERAFINA KIERNAN, individually, WALTER KIERNAN AND SERAFINA KIERNAN D/B/A WWW.IMPURSENATOR.COM D/B/A  ("Defendants") against HERMÈS INTERNATIONAL, a corporation organized under the laws of France, HERMÈS INTERNATIONAL CORPORATION, a corporation organized under the laws of France, HERMÈS INTERNATIONAL CORPORATION FRANCE, a corporation organized under the laws of France, HERMÈS SELLIER, a corporation organized under the laws of France, HERMÈS OF PARIS, INC., a corporation organized under the laws of New York, and all agents, attorneys and employees of such entities (collectively "Plaintiffs") are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

---
HONORABLE JUDGE LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE