

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL, a corporation organized under the laws of France, HERMÈS INTERNATIONAL CORPORATION, a corporation organized under the laws of France, HERMÈS INTERNATIONAL CORPORATION FRANCE, a corporation organized under the laws of France, HERMÈS SELLIER, a corporation organized under the laws of France, HERMÈS OF PARIS, INC., a corporation organized under the laws of New York<br><br>Plaintiffs,<br><br>vs.<br><br>WALTER KIERNAN, individually, SERAFINA KIERNAN, individually, WALTER KIERNAN AND SERAFINA KIERNAN D/B/A WWW.IMPURSENATOR.COM D/B/A IMPURSENATOR HANDBAGS, DINESE KESTLY A/K/A DENISE KENSLEY, A/K/A DINESE KENSELY, individually and DINESE KESTLY A/K/A DENISE KENSLEY A/K/A DINESE KENSELY D/B/A WWW.ORIENTSOURCING.COM D/B/A SACKS IN THE CITY and PURSESPECTIVES, LLC various JOHN and JANE DOES 2-10 and XYZ COMPANIES 2-10 (UNIDENTIFIED),<br><br>Defendants. | CASE NO. CV-06-3605(LDW)<br><br>**ORDER**<br>~~STIPULATION~~ **OF DISMISSAL OF COUNTERCLAIMS WITH PREJUDICE** |

PAGE 5

## ORDER DISMISSING COUNTERCLAIMS WITH PREJUDICE

The Court having been advised that that the parties entered into a Stipulation of Dismissal of Counterclaims with Prejudice,

IT IS THEREFORE ORDERED, that all counterclaims by WALTER KIERNAN, individually, SERAFINA KIERNAN, individually, WALTER KIERNAN AND SERAFINA KIERNAN D/B/A WWW.IMPURSENATOR.COM D/B/A ("Defendants") against HERMÈS INTERNATIONAL, a corporation organized under the laws of France, HERMÈS INTERNATIONAL CORPORATION, a corporation organized under the laws of France, HERMÈS INTERNATIONAL CORPORATION FRANCE, a corporation organized under the laws of France, HERMÈS SELLIER, a corporation organized under the laws of France, HERMÈS OF PARIS, INC., a corporation organized under the laws of New York, and all agents, attorneys and employees of such entities (collectively "Plaintiffs") are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

HONORABLE JUDGE LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, NY
9/29/06

PAGE 6